UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LMT MERCER GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MAINE ORNAMENTAL, LLC, UNIVERSAL CONSUMER PRODUCTS, INC., and UNIVERSAL FOREST PRODUCTS, INC., <br><br> Defendants. | Case No. 3:10-cv-04615 (FLW) (DEA) <br><br> RECEIVED <br> MAR 17 2014 <br> AT 8:30_____M <br> WILLIAM T. WALSH CLERK |
| LMT MERCER GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOME TOPS, LLC, <br><br> Defendant. | Case No. 3:10-cv-06699 (FLW) (DEA) <br><br> *Document Filed Electronically* |

**STIPULATION OF DISMISSAL**

This stipulation is entered into by and between Plaintiff and Counter-Defendant, LMT Mercer Group, Inc. ("LMT" or "Plaintiff") and Defendants and Counter-Claimants Maine Ornamental, LLC, Universal Consumer Products, Inc., Universal Forest Products, Inc., and Home Tops, LLC (collectively, "Defendants"), with reference to the following:

WHEREAS, LMT and Defendants have agreed to a resolution of the claims that LMT has asserted against Defendants and the counterclaims that Defendants have asserted against LMT in the above-captioned actions;

NOW, THEREFORE, it is hereby stipulated, by and between LMT and Defendants, through their respective counsel of record, as follows:

(1) that all of the claims asserted by LMT against Defendants in the above-captioned actions are hereby dismissed with prejudice;

(2) that all of the counterclaims asserted by Defendants against LMT in the above-captioned actions are hereby dismissed without prejudice, subject to the conditions of the parties' confidential settlement agreement; and

(3) that the parties shall each bear their own costs and attorneys' fees in connection with the above-captioned actions.

Dated: March 14, 2014

FOX ROTHSCHILD LLP
Attorneys for Plaintiff LMT Mercer Group, Inc.

By: s/ Christopher R. Kinkade
    Gerard P. Norton
    Jeff E. Schwartz (*Pro Hac Vice*)
    Christopher R. Kinkade
    Adam Forman
    Princeton Pike Corporate Center
    997 Lenox Drive, Building 3
    Lawrenceville, NJ 08648
    Telephone: (609) 896-3600
    Facsimile: (609) 896-1469

PORZIO BROMBERG & NEWMAN P.C.
Attorneys for Defendants

By: s/ Robert G. Shepherd
    Robert G. Shepherd
    29 Thanet Road
    Suite 201
    Princeton, NJ 08540-3661
    Telephone: (609) 924-8555
    Facsimile: (609) 924-3036

IT IS SO ORDERED:

_____ 3/17/14
FREDA L. WOLFSON, U.S.D.J.